UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **RICO BOLES**, | Case No. 6:14-cv-00511-KI |
| Plaintiff, | JUDGMENT |
| v. | |
| **PAUL BILLECI, Addictions Treatment and Cognitive Behavioral Services Mgr.; GARRETT LANEY, (CRCI) Super; ELIZABETH LACARNEY, (CRCI) Security Mgr., PETER WOLNY, Release Counselor (CRCI); DARCEY BAKER, Release Counselor (CRCI); RICHARD JIMINEZ, West Care Mgr.; JEN OLSEN, West Care Program Mgr.; GERALD TODD FLYNN, West Care Counselor; CHRIS MESSINA, Professional Behaviorist**, | |
| Defendants. | |

Page 1 - JUDGMENT

KING, Judge:

Based on the record,

IT IS ORDERED AND ADJUDGED that this action is dismissed.

DATED this 15th day of July, 2016.

    /s/ Garr M. King
Garr M. King
United States District Judge

Page 2 - JUDGMENT